# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY GAINES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; AND DOES 1 TO 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 5:16-cv-01882-JGB-DTB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | The parties, by and through their attorneys of record, have stipulated to a |
| 3 | dismissal of the entire action, as to each and every defendant, with prejudice. IT IS |
| 4 | HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, |
| 5 | pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure |
| 6 | 41(a)(1). Each party shall bear his/its own attorneys' fees and costs. |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | DATED: October 20, 2017 |
| 10 | Jesus G. Bernal, U.S. District Judge |